UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| Eddie March, Jr. | ) | Case No. 17-81902 |
| | ) | |
| Debtor(s). | ) | Hon. Thomas Lynch |
| | ) | Lydia Meyer, Trustee |

NOTICE OF OBJECTION TO CLAIM 2-1 OF THE ILLINOIS TOLLWAY

TO:

Lydia Meyer, Ch 13 Trustee
Via ECF

Patrick Layng, US Trustee
Via ECF

The Illinois Tollway
PO Box 5544
Chicago, IL  60680
Certified Mail 7016 0910 0002 0055 6732

Eddie March
4651 Governor's Dr. #5
Rockford, IL 61109

Service List attached via ECF Filing

PLEASE TAKE NOTICE that on Thursday, January 18, 2017, at 9:00 A.M., or as soon as counsel may be heard, I shall appear before the Honorable Thomas Lynch, Bankruptcy Judge, in Courtroom 3100 in the U.S. Courthouse, 327 S. Church Street, Rockford, Illinois, or in his absence, before such judge who may be sitting in his place and stead and hearing bankruptcy motions, and shall then and there present DEBTOR'S OBJECTION TO CLAIM NUMBER #2 FILED BY THE ILLINOIS TOLLWAY., a copy of which is attached and herewith served upon you.

/s/ Jacob E. Maegli, 6317153

ATTORNEYS FOR DEBTOR
ERIC PRATT LAW FIRM, P.C.
5411 E. State St., Suite 202
Rockford, IL 61108
(815) 315-0683

CERTIFICATE OF SERVICE

The undersigned attorney, certifies that the above and foregoing notice and attached documents to be served upon those mentioned above by mailing a true copy thereof, addressed as aforesaid, before the hour of 5:00 p.m. on December 13, 2017.

/s/ Jacob E. Maegli, 6317153

Aarons Sales & Lease
Attn: Bankruptcy
309 E Paces Ferry Rd Ne
Atlanta, GA 30305


Bnqtfin
607 Dundee Ave
Elgin, IL 60120


Convergent
Box 1022
Wixom, MI 48393


Credit Acceptance
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034


Edgerton & Edgerton
125 Wood St
West Chicago, IL 60185


First Premier Bank
601 S Minneaplois Ave
Dious FDalls, SD 57104


First Premier Bank
601 S Minneaplois Ave
Dious FDalls, SD 57104


fncb
610 Waltham Way
Sparks, NV 89434


Halsted Financial Services
Box 828
Skokie, IL 60076


Il Department of Revenue
Box 19006
Springfield, IL 62794


IL tollway assoc
Box 5544
Chicago, IL 60680

Kishwaukee Auto Corral
3336 Kishwaukee St
Rockford, IL 61109


MiraMed Revenue Group
Deot 77304
Box 77000
Detroit, MI 48277


Snchnfin
2 Transam Plaza Dr
Oak Brook Terrace, IL 60181

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| Eddie March, Jr. | ) | Case No. 17-81902 |
| | ) | |
| Debtor(s). | ) | Hon. Thomas Lynch |
| | ) | Lydia Meyer, Trustee |

## DEBTOR'S OBJECTION TO CLAIM #2-1 FILED BY THE ILLINOIS TOLLWAY

NOW COMES the Debtor, Eddie March, Jr., by and through his attorneys, Eric Pratt Law Firm, P.C., and for their objection to Claim 2-1 filed by the Illinois Tollway, respectfully state as follows:

1.   This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§151, 157 and 1334, and this matter is a core proceeding pursuant to 28 U.S.C. §157.

2.   On August 14, 2017, the Debtor commenced this case by filing a petition for relief under Chapter 13 of the Bankruptcy Code.

3.   On August 24, 2017, The Illinois Tollway filed a Proof of Claim 2-1 in the amount of $26,293.70 for "tolls and violations." *A true and correct copy of Proof of Claim 2-1 is attached hereto as Exhibit 1 and incorporated herein by reference.*

4.   The Illinois Tollway states in Part 2, Line 7 of its Proof of Claim that the $26,293.70 claimed does not include interest or other charges. *See Exhibit 1.*

5.   Additionally, Lines 9-12 of Part 2 of the Illinois Tollway's Proof of Claim are entirely blank. *See Exhibit 1.*

6.   The Debtor has not incurred $26,293.70 in "tolls and violations".

7.   As the basis for its Claim for "tolls and violations", the Illinois Tollway has attached multiple "Party Balance Summary Reports", which include fines for grossly inflated "Original Amounts" as well as "Escalated Amounts", which clearly constitute

"interest and other charges" which the Illinois Tollway has plainly accounted for in calculating its Proof of Claim. *See Exhibit 1.*

8.  Even if the Illinois Tollway's apparently false statement that its claim does not include interest or other charges is ignored,, the documentation attached to its Proof of Claim fails to clearly itemize interest, fees, expenses, or other charges in any reasonable manner in violation of Bankruptcy Rule 3001(c)(2)(A).

9.  If a Proof of Claim does not itemize interest, fees, expenses, or other charges as required by Bankruptcy Rule 3001(c)(2)(A), Rule 3001(c)(2)(D) provides that, after notice and a hearing, the Court may

> (i)     Preclude the holder from presenting the omitted information, in any form, as evidence in any contested matter or adversary proceeding in the case, unless the court determines that the failure was substantially justified or is harmless…

10. Based on Debtor's knowledge, Debtor does not believe his liability to the Illinois Tollway exceeds $900.00.

WHEREFORE, Debtor Eddie March, Jr. hereby prays that his Objection to Claim 2-1 be sustained, and that the unsecured claim of the Illinois Tollway in the amount of $26,293.70 be reduced to an unsecured claim in the amount of $900.00, and for any other relief this Court deems equitable and just.

> Respectfully Submitted,
>
> Eddie March, Jr.
>
> By: /s/ Jacob E. Maegli, 6317153

ATTORNEYS FOR DEBTORS
ERIC PRATT LAW FIRM, P.C.

5411 E. State St., Suite 202
Rockford, IL 61108
(815) 315-0683

Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Eddie March Jr. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number | 17-81902 |

Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:    Identify the Claim

**1. Who is the current creditor?**

THE ILLINOIS TOLLWAY
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

THE ILLINOIS TOLLWAY
Name

PO BOX 5544
Number    Street

CHICAGO          IL          60680
City              State       ZIP Code

Contact phone (312) 455-6322

Contact email BANKRUPTCY@GETIPASS.COM

Where should payments to the creditor be sent? (if different)

THE ILLINOIS TOLLWAY
Name

2700 OGDEN AVENUE
Number    Street

DOWNERS GROVE    IL    60515
City              State    ZIP Code

Contact phone (312) 455-6322

Contact email BANKRUPTCY@GETIPASS.COM

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☐ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____ / _____ / _____
                                                                      MM    /  DD  /  YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                Proof of Claim                page 1

EXHIBIT
1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __1__ __4__ __8__ __6__

**7. How much is the claim?** $_____26,293.70. **Does this amount include interest or other charges?**
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

TOLLS AND VIOLATIONS _____

**9. Is all or part of the claim secured?**
☐ No
☐ Yes.  The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed)_____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☐ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**
☐ No
☐ Yes. Identify the property: _____

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☐ Yes. Check all that apply:

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |

\* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐   I am the creditor.

☑   I am the creditor's attorney or authorized agent.

☐   I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐   I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   08/24/2017
                   MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | NATALIE | F | MARCIONE |
|---|---|---|---|
| | First name | Middle name | Last name |

Title   DIRECTOR OF ELECTRONIC TOLL INITIATIVE

Company   THE ILLINOIS TOLLWAY
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   PO BOX 5544
          Number      Street

          CHICAGO                                    IL      60680
          City                                       State   ZIP Code

Contact phone   (312) 455-6322          Email  BANKRUPTCY@GETIPASS.COM

**Illinois Tollway**
P.O. Box 5544
Chicago, IL 60680-5544

**Illinois Tollway**

Run Time:     08/23/2017 08:42:25

**Party Balance Summary Report**

| General Information | | |
|---|---|---|
| Respondent Name: | EDDIE MARCH JR | Violator Flags:   Collection |
| Respondent Address: | 4651 GOVERNORS DR | |
| | ROCKFORD, IL 61109-8024 | |
| Plate Number: | N336779 / IL / Passenger Car | |

**Balance Summary as of**     08/23/2017

| | Original Amount (A) | Escalated Amount (B) | Total Amount (C) | Payment Applied (D) | Dismissed Amount (E) | Balance Due (C - D - E) |
|---|---|---|---|---|---|---|
| VN125509708 | $374.70 | $850.00 | $1,224.70 | $0.00 | $0.00 | $1,224.70 |
| VN125355998 | $264.60 | $600.00 | $864.60 | $0.00 | $0.00 | $864.60 |
| VN125065781 | $375.80 | $850.00 | $1,225.80 | $0.00 | $0.00 | $1,225.80 |
| VN124917787 | $414.30 | $950.00 | $1,364.30 | $0.00 | $0.00 | $1,364.30 |
| VN124567707 | $750.50 | $1,700.00 | $2,450.50 | $0.00 | $0.00 | $2,450.50 |
| VN124148203 | $197.50 | $450.00 | $647.50 | $0.00 | $0.00 | $647.50 |
| VN124036342 | $702.40 | $1,600.00 | $2,302.40 | $0.00 | $0.00 | $2,302.40 |
| VN123930886 | $375.50 | $850.00 | $1,225.50 | $0.00 | $0.00 | $1,225.50 |
| VN123826023 | $1,137.60 | $2,600.00 | $3,737.60 | $0.00 | $0.00 | $3,737.60 |
| VN123729592 | $721.20 | $1,650.00 | $2,371.20 | $0.00 | $0.00 | $2,371.20 |
| PEVIs: | | | | | | |
| 543953371 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 543953372 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 544212955 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 544212956 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 544589030 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 545403536 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 545403537 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 545403538 | $1.50 | $0.00 | $1.50 | $0.00 | $1.50 | $0.00 |
| 545524344 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 545524345 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 545959663 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 546206784 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 546206785 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 546535536 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 546535537 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 546535538 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 551753391 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 551753392 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 551753393 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 551753394 | $1.50 | $0.00 | $1.50 | $0.00 | $1.50 | $0.00 |
| 551753395 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 552591108 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 552591109 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 552591110 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 552663560 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 552663561 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 552663562 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 552663563 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 553744786 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 553744787 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 553974582 | $1.50 | $0.00 | $1.50 | $0.00 | $1.50 | $0.00 |
| 557071714 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 557071715 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |

**Illinois Tollway**
P.O. Box 5544
Chicago, IL 60680-5544



Run Time:    08/23/2017 08:42:25

**Party Balance Summary Report**

| | | | | | | |
|---|---|---|---|---|---|---|
| 592313003 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 592768270 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 592768271 | $3.50 | $0.00 | $3.50 | $0.00 | $3.50 | $0.00 |
| 592768272 | $0.70 | $0.00 | $0.70 | $0.00 | $0.70 | $0.00 |
| 592768273 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| **Total Amount:** | **$5,630.80** | **$12,100.00** | **$17,730.80** | **$0.00** | **$316.70** | **$17,414.10** |

| | |
|---|---|
| Payment Received: | $0.00 |
| Overpayment Amount: | $0.00 |
| Amount Refunded: | $0.00 |
| Invalid Refund: | $0.00 |

## PERSONAL CHECKS WILL NOT BE ACCEPTED

Payment Options:
1. Pay in person at the Illinois Tollway's Administration Building, 2700 Ogden Avenue, Downers Grove, IL 60515.
2. Pay by mail, using the coupon below.
3. Pay by phone - call 1-800-824-7277 with your credit card information. Have your license plate number, notice number or case number available when you call.

| | | |
|---|---|---|
| **Respondent:** | EDDIE MARCH JR | |
| **License Plate Number:** | N336779 / IL / Passenger Car | Make Cashiers Check Or Money Order Payable to: Illinois Tollway (Write license plate number, notice number or case number on Cashiers Check or Money Order) |
| **Amount Due:** | $17,414.10 | |

**DO NOT SEND CASH or PERSONAL CHECK**

Amount Enclosed: $_____

Return Cashiers Check or Money Order payment to:

Illinois Tollway
Violation Processing Center
P.O. Box 5544
Chicago, IL 60680-5544

**Illinois Tollway**
P.O. Box 5544
Chicago, IL 60680-5544

*Illinois Tollway*

Run Time:   08/23/2017 08:42:26

**Party Balance Summary Report**

---

**General Information**

| | |
|---|---|
| **Respondent Name:** | EDDIE MARCH |
| **Respondent Address:** | 2219 EGGLESTON RD |
| | ROCKFORD, IL 61108-7909 |
| **Plate Number:** | 3172821 / IL / Passenger (old) |

**Violator Flags:**

**Balance Summary as of**   08/23/2017

| | Original Amount (A) | Escalated Amount (B) | Total Amount (C) | Payment Applied (D) | Dismissed Amount (E) | Balance Due (C - D - E) |
|---|---|---|---|---|---|---|
| VN0600041475 | $62.20 | $0.00 | $62.20 | $0.00 | $0.00 | $62.20 |
| **Total Amount:** | $62.20 | $0.00 | $62.20 | $0.00 | $0.00 | $62.20 |

| | |
|---|---|
| **Payment Received:** | $0.00 |
| **Overpayment Amount:** | $0.00 |
| **Amount Refunded:** | $0.00 |
| **Invalid Refund:** | $0.00 |

---

**PERSONAL CHECKS WILL NOT BE ACCEPTED**

**Payment Options:**
1. Pay in person at the Illinois Tollway's Administration Building, 2700 Ogden Avenue, Downers Grove, IL 60515.
2. Pay by mail, using the coupon below.
3. Pay by phone - call 1-800-824-7277 with your credit card information. Have your license plate number, notice number or case number available when you call.

---

| | | |
|---|---|---|
| **Respondent:** | EDDIE MARCH | |
| **License Plate Number:** | 3172821 / IL / Passenger (old) | **Make Cashiers Check Or Money Order Payable to: Illinois Tollway** |
| **Amount Due:** | $62.20 | **(Write license plate number, notice number or case number on Cashiers Check or Money Order)** |

**DO NOT SEND CASH or PERSONAL CHECK**

**Amount Enclosed: $_____**

Return Cashiers Check or Money Order payment to:

Illinois Tollway
Violation Processing Center
P.O. Box 5544
Chicago, IL 60680-5544

---

**Illinois Tollway**
P.O. Box 5544
Chicago, IL 60680-5544

*Illinois Tollway*

Run Time:   08/23/2017 08:42:28

**Party Balance Summary Report**

| General Information | | |
|---|---|---|
| **Respondent Name:** | EDDIE MARCH JR | **Violator Flags:**   Collection |
| | CAROLINA ROGERS | |
| **Respondent Address:** | 4651 GOVERNORS DR. | |
| | ROCKFORD, IL 61109-8024 | |
| **Plate Number:** | H938975 / IL / Passenger Car | |

Balance Summary as of   08/23/2017

| | Original Amount (A) | Escalated Amount (B) | Total Amount (C) | Payment Applied (D) | Dismissed Amount (E) | Balance Due (C - D - E) |
|---|---|---|---|---|---|---|
| VN130139630 | $199.80 | $0.00 | $199.80 | $0.00 | $0.00 | $199.80 |
| VN125407284 | $134.20 | $300.00 | $434.20 | $0.00 | $0.00 | $434.20 |
| VN125234663 | $245.40 | $550.00 | $795.40 | $0.00 | $0.00 | $795.40 |
| VN124771430 | $574.50 | $1,300.00 | $1,874.50 | $0.00 | $0.00 | $1,874.50 |
| VN124218062 | $88.60 | $200.00 | $288.60 | $0.00 | $0.00 | $288.60 |
| VN123920209 | $482.90 | $1,100.00 | $1,582.90 | $0.00 | $0.00 | $1,582.90 |
| VN123807429 | $1,144.00 | $2,600.00 | $3,744.00 | $102.00 | $0.00 | $3,642.00 |
| PEVIs: | | | | | | |
| 549545414 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 549545415 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 555943096 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 555943097 | $1.50 | $0.00 | $1.50 | $0.00 | $1.50 | $0.00 |
| 555943098 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 555943099 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 558485904 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 558485905 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 558485906 | $1.50 | $0.00 | $1.50 | $0.00 | $1.50 | $0.00 |
| 561280109 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 564589972 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 564589973 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 564589974 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 564589975 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 564589976 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 565297226 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 565297227 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 565659114 | $1.50 | $0.00 | $1.50 | $0.00 | $1.50 | $0.00 |
| 565659115 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 565659116 | $1.50 | $0.00 | $1.50 | $0.00 | $1.50 | $0.00 |
| 566558044 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 569827197 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 582024059 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 582024060 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 582024061 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 582024062 | $1.50 | $0.00 | $1.50 | $0.00 | $1.50 | $0.00 |
| 582024063 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 582024064 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 582024065 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 582024066 | $1.50 | $0.00 | $1.50 | $0.00 | $1.50 | $0.00 |
| 582024067 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 584965681 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 584965682 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 585122026 | $1.50 | $0.00 | $1.50 | $0.00 | $1.50 | $0.00 |
| 595413702 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |

**Illinois Tollway**
P.O. Box 5544
Chicago, IL 60680-5544

**Illinois Tollway**

Run Time:   08/23/2017 08:42:28

**Party Balance Summary Report**

| | | | | | | |
|---|---|---|---|---|---|---|
| 663545031 | $0.90 | $0.00 | $0.90 | $0.00 | $0.90 | $0.00 |
| 663545032 | $0.90 | $0.00 | $0.90 | $0.00 | $0.90 | $0.00 |
| 663545033 | $0.90 | $0.00 | $0.90 | $0.00 | $0.90 | $0.00 |
| 669565001 | $1.50 | $0.00 | $1.50 | $0.00 | $1.50 | $0.00 |
| 671574125 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| **Total Amount:** | **$3,140.60** | **$6,050.00** | **$9,190.60** | **$102.00** | **$271.20** | **$8,817.40** |

Payment Received:     $102.00
Overpayment Amount:     $0.00
Amount Refunded:     $0.00
Invalid Refund:     $0.00

**PERSONAL CHECKS WILL NOT BE ACCEPTED**

Payment Options:

1. Pay in person at the Illinois Tollway's Administration Building, 2700 Ogden Avenue, Downers Grove, IL 60515.
2. Pay by mail, using the coupon below.
3. Pay by phone - call 1-800-824-7277 with your credit card information. Have your license plate number, notice number or case number available when you call.

| | | |
|---|---|---|
| **Respondent:** | EDDIE MARCH JR | |
| | CAROLINA ROGERS | Make Cashiers Check Or Money Order Payable to: Illinois Tollway |
| **License Plate Number:** | H938975 / IL / Passenger Car | (Write license plate number, notice number or case |
| **Amount Due:** | $8,817.40 | number on Cashiers Check or Money Order) |

**DO NOT SEND CASH or PERSONAL CHECK**

Amount Enclosed: $_____

Return Cashiers Check or Money Order payment to:

Illinois Tollway
Violation Processing Center
P.O. Box 5544
Chicago, IL 60680-5544

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Eddie March Jr.** | | Social Security number or ITIN ████-1486 | |
| | First Name   Middle Name   Last Name | | EIN __-_____ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN ____ | |
| | | | EIN __-_____ | |
| United States Bankruptcy Court | **Northern District of Illinois** | | Date case filed for chapter 13  8/14/17 | |
| Case number:  17-81902 | | | | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                             12/15

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Eddie March Jr. | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 4561 Governors Dr #5 Rockford, IL 61109 | |
| 4. | Debtor's attorney Name and address | William Cacciatore Eric Pratt Law Firm 5301 E. State St. Suite 116 Rockford, IL 61108 | Contact phone (815) 315-0683 Email: rockford@jordanpratt.com |
| 5. | Bankruptcy trustee Name and address | Lydia Meyer Lydia Meyer – 13 Trustee P.o. Box 14127 Rockford, IL 61105-4127 | Contact phone 815-968-5354 |
| 6. | Bankruptcy clerk's office Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Western Division 327 South Church Street Rockford, IL 61101 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1-866-222-8029 Date: 8/15/17 |

For more information, see page 2

Official Form 309I          Notice of Chapter 13 Bankruptcy Case                    /page 1



071580                        32808071651018

Debtor  Eddie March Jr.                                                                Case number 17–81902

| | | |
|---|---|---|
| **7. Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 12, 2017 at 09:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: 308 West State Street, Room 40, Rockford, IL 61101 |
| **8. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **You must file:** • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | Filing deadline: 11/13/17 |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | Filing deadline: 12/11/17 |
| | **Deadline for governmental units to file a proof of claim:** | Filing deadline: 2/12/18 |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | Filing deadline: 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held on: **10/6/17 at 10:00 AM, Location: 327 South Church Street, Room 3100, Rockford, IL 61101** **The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00** If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

071580        32808071651018