**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: EDDIE MARCH, JR., | ) | Case No. 17 81902 |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | Judge: Thomas Lynch |
| | ) | Trustee: Lydia Meyer |

**ILLINOIS TOLLWAY'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM #2-1 FILED BY THE ILLINOIS TOLLWAY**

NOW COMES the Illinois State Toll Highway Authority (hereinafter referred to as "Tollway"), by and through its attorney, Lisa Madigan, Attorney General of the State of Illinois, and in response to the debtor's OBJECTION TO PROOF OF CLAIM #2-1 FILED BY THE ILLINOIS TOLLWAY submits the following response:

1. The Tollway filed a Proof of Claim dated August 24, 2017, for unpaid tolls and fines in the total amount of $26,293.70 in the above captioned matter.

2. Subsequently, Eddie March, Jr. ("Debtor") submitted the objection at issue to this Honorable Court ("Objection"). See Objection attached as Exhibit "A".

3. In support of his Objection, the Debtor attached the Tollway's Proof of Claim as an exhibit. Id.

4. In his Objection, the Debtor correctly states that the Tollway indicated in its Proof of Claim that its makes no claim for interest or other charges. See Proof of Claim at Part 2, Section 7. Notwithstanding, the Debtor later contends that the Tollway failed to clearly itemize the interest, fees, expenses or other charges in contradiction of Bankruptcy Rule 3001(c)(2)(A). Debtor's Objection at paragraph 4.

5. In addition, without pointing out the significance of the omission, Debtor indicates that the Tollway left lines 9-12 of the Proof of Claim form blank. Debtor's Objection at paragraph 5. By way of background, lines 9-12 of the form requests that the Creditor check a box to indicate whether or not it has a secured claim, if its claim is based on a lease, if the claim is subject to a right or setoff, or if the claim is a priority as defined by the Bankruptcy Code.

1

6. Further, notwithstanding the Tollway's claim, the Debtor concludes that he has not incurred $26,293.70 in "tolls and violations". Debtor's Objection at paragraph 6. At paragraph 7, Debtor states:

> As the basis for its claim for "tolls and violations", the Illinois Tollway has attached multiple "Party Balance Summary Reports", which include fines for grossly inflated "Original Amounts" as well as "Escalated Amounts", which clearly constitute "interest and other charges" which the Illinois Tollway has plainly accounted for in calculating its Proof of Claim. See Exhibit 1.

7. Despite the fact the Tollway expressly declared in its Proof of Claim that it was not claiming interest or other charges, and the absence of any such demand on the face of its Party Balance Summary, Debtor alleges that the Tollway failed to itemize interest, fees, expenses, or other charges as required by the Bankruptcy Rule 3001(c)(2)(A).

8. Finally, without any justification, explanation or rationale, the Debtor declares that he "does not believe his liability to the Illinois Tollway exceeds $900.00". He goes on to request that the Court reduce the Tollway's $26,293.70 claim to $900.00. This figure appears to be a completely arbitrary amount.

9. In summary, the Party Balance Summary Report submitted by the Tollway in support of its claim does not reference interest, fees or expenses. Instead, it summarizes the amounts claimed in the violation notices previously issued the Debtor. It breaks them down in the first column by "Original Amount". This represents the total amount of the unpaid tolls, plus a civil fine of $20 for each missed toll. 92 IAC 2520.750. The next column is titled "Escalated Amount". This represents a $50 escalation penalty that is applied to every final toll violation order that is not paid within 30 days. Id. This explains why each of the Escalated Amount entries is evenly divisible by 50.

10. Lastly, the Debtor never alleges that the Tollway's purported failure to properly itemize its claims caused him any hardship or prejudice. Debtor does not indicate how the lack of detail warrants his requested remedy. Moreover, the Debtor does not dispute any of the violations, and to the extent that he did, he had administrative and judicial remedies. 92 IAC 2520.700 *et seq.* and 735 ILCS 5/3-101 *et seq.* Finally, his conclusion that the Tollway's claim should be reduced by more than $25,000 to $900 is without any support, reasoning or rational.

WHEREFORE, for the above stated reasons, the Tollway respectfully requests that this Court deny debtor's Objection to Claim #2-1.

Respectfully Submitted,

/s/ Robert Lane
ROBERT T. LANE
Senior Assistant Attorney General
The Illinois State Toll Highway Authority
Downers Grove, Illinois 60515
(630) 241-6800, ext. 1530
ARDC # 6216405

RECEIVED JAN 18 2018 By_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS – WESTERN DIVISION

In re:  ) Chapter 13
Eddie March, Jr.  ) Case No. 17-81902
 )
            Debtor(s).  ) Hon. Thomas Lynch
 ) Lydia Meyer, Trustee

### DEBTOR'S OBJECTION TO CLAIM #2-1 FILED BY THE ILLINOIS TOLLWAY

NOW COMES the Debtor, Eddie March, Jr., by and through his attorneys, Eric Pratt Law Firm, P.C., and for their objection to Claim 2-1 filed by the Illinois Tollway, respectfully state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§151, 157 and 1334, and this matter is a core proceeding pursuant to 28 U.S.C. §157.

2. On August 14, 2017, the Debtor commenced this case by filing a petition for relief under Chapter 13 of the Bankruptcy Code.

3. On August 24, 2017, The Illinois Tollway filed a Proof of Claim 2-1 in the amount of $26,293.70 for "tolls and violations." *A true and correct copy of Proof of Claim 2-1 is attached hereto as Exhibit 1 and incorporated herein by reference.*

4. The Illinois Tollway states in Part 2, Line 7 of its Proof of Claim that the $26,293.70 claimed does not include interest or other charges. *See Exhibit 1.*

5. Additionally, Lines 9-12 of Part 2 of the Illinois Tollway's Proof of Claim are entirely blank. *See Exhibit 1.*

6. The Debtor has not incurred $26,293.70 in "tolls and violations".

7. As the basis for its Claim for "tolls and violations", the Illinois Tollway has attached multiple "Party Balance Summary Reports", which include fines for grossly inflated "Original Amounts" as well as "Escalated Amounts", which clearly constitute

EXHIBIT A

"interest and other charges" which the Illinois Tollway has plainly accounted for in calculating its Proof of Claim. *See Exhibit 1*.

8. Even if the Illinois Tollway's apparently false statement that its claim does not include interest or other charges is ignored, the documentation attached to its Proof of Claim fails to clearly itemize interest, fees, expenses, or other charges in any reasonable manner in violation of Bankruptcy Rule 3001(c)(2)(A).

9. If a Proof of Claim does not itemize interest, fees, expenses, or other charges as required by Bankruptcy Rule 3001(c)(2)(A), Rule 3001(c)(2)(D) provides that, after notice and a hearing, the Court may

> (i) Preclude the holder from presenting the omitted information, in any form, as evidence in any contested matter or adversary proceeding in the case, unless the court determines that the failure was substantially justified or is harmless...

10. Based on Debtor's knowledge, Debtor does not believe his liability to the Illinois Tollway exceeds $900.00.

WHEREFORE, Debtor Eddie March, Jr. hereby prays that his Objection to Claim 2-1 be sustained, and that the unsecured claim of the Illinois Tollway in the amount of $26,293.70 be reduced to an unsecured claim in the amount of $900.00, and for any other relief this Court deems equitable and just.

Respectfully Submitted,

Eddie March, Jr.

By: /s/ Jacob E. Maegli, 6317153

**ATTORNEYS FOR DEBTORS**
**ERIC PRATT LAW FIRM, P.C.**



RECEIVED
JAN 18 2018
By____

5411 E. State St., Suite 202
Rockford, IL 61108
(815) 315-0683



RECEIVED
JAN 18 2018
By____

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - WESTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 13 |
| Eddie March, Jr. ) | Case No. 17-81902 |
| ) | |
| Debtor(s). ) | Hon. Thomas Lynch |
| ) | Lydia Meyer, Trustee |

### AMENDED NOTICE OF OBJECTION TO CLAIM 2-1 OF THE ILLINOIS TOLLWAY

TO:
Lydia Meyer, Ch. 13 Trustee
Via ECF

Patrick Layng, US Trustee
Via ECF

The Illinois Tollway
PO Box 5544
Chicago, IL 60680
Via Certified Mail 7016 0910 0002 0055 4424; Regular First Class Mail; and email to BANKRUPTCY@GETIPASS.COM



Eddie March
4651 Governor's Dr. #5
Rockford, IL 61109

Service List attached via ECF Filing

PLEASE TAKE NOTICE that DEBTOR'S OBJECTION TO CLAIM NUMBER #2 FILED BY THE ILLINOIS TOLLWAY, originally set to be heard on Thursday, January 18, 2018, at 9:00 A.M., was continued for hearing on Thursday, January 25, 2018 at 9:00 A.M., or as soon as counsel may be heard, in Courtroom 3100 in the U.S. Courthouse, 327 S. Church Street, Rockford, Illinois. I shall appear before the Honorable Thomas Lynch, Bankruptcy Judge, or in his absence, before such judge who may be sitting in his place and stead and hearing bankruptcy motions, and shall then and there present DEBTOR'S OBJECTION TO CLAIM NUMBER #2 FILED BY THE ILLINOIS TOLLWAY., a copy of which is attached and herewith served upon you.

/s/ Jacob E. Maegli, 6317153

**ATTORNEYS FOR DEBTOR**
**ERIC PRATT LAW FIRM, P.C.**
5411 E. State St., Suite 202
Rockford, IL 61108
(815) 315-0683

### CERTIFICATE OF SERVICE

The undersigned attorney, certifies that the above and foregoing notice and attached documents to be served upon those mentioned above by mailing a true copy thereof, addressed as aforesaid, before the hour of 5:00 p.m. on January 18, 2018.

/s/ Jacob E. Maegli, 6317153

Aarons Sales & Lease
Attn: Bankruptcy
309 E Paces Ferry Rd Ne
Atlanta, GA 30305


Bnqtfin
607 Dundee Ave
Elgin, IL 60120


Convergent
Box 1022
Wixom, MI 48393


Credit Acceptance
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034


Edgerton & Edgerton
125 Wood St
West Chicago, IL 60185


First Premier Bank
601 S Minneaplois Ave
Dious FDalls, SD 57104



First Premier Bank
601 S Minneaplois Ave
Dious FDalls, SD 57104


fncb
610 Waltham Way
Sparks, NV 89434


Halsted Financial Services
Box 828
Skokie, IL 60076


Il Department of Revenue
Box 19006
Springfield, IL 62794


IL tollway assoc
Box 5544
Chicago, IL 60680

Kishwaukee Auto Corral
3336 Kishwaukee St
Rockford, IL 61109

MiraMed Revenue Group
Dept 77304
Box 77000
Detroit, MI 48277

Snchnfin
2 Transam Plaza Dr
Oak Brook Terrace, IL 60181


RECEIVED JAN 18 2018 By____

E.R. 08/23/17 B|K 167798697 591481 167813549

| | | |
|---|---|---|
| Debtor 1 | Eddie March Jr. | Social Security number or ITIN ___-____ |
| | First Name Middle Name Last Name | EIN __-_____ |
| Debtor 2 | | Social Security number or ITIN ___-____ |
| (Spouse, if filing) | First Name Middle Name Last Name | EIN __-_____ |
| United States Bankruptcy Court Northern District of Illinois | | Date case filed for chapter 13: 8/18/17 |
| Case number: 17-81902 | | |

Official Form 309I    12/15
## Notice of Chapter 13 Bankruptcy Case

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | | |
|---|---|---|---|
| 1. | Debtor's full name | Eddie March Jr. | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 4561 Governors Dr #6<br>Rockford, IL 61109 | |
| 4. | Debtor's attorney<br>Name and address | William Cradshaw<br>Eric Pauk Law Firm<br>5301 E. State St, Suite 115<br>Rockford, IL 61108 | Contact phone (815) 315-0693<br>Email: rockford@jordanpauk.com |
| 5. | Bankruptcy trustee<br>Name and address | Lydia Meyer<br>Lydia Meyer – 13 Trustee<br>P.O. Box 14127<br>Rockford, IL 61105-4127 | Contact phone 815-968-5354 |
| 6. | Bankruptcy clerk's office<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Western Division<br>327 South Church Street<br>Rockford, IL 61101 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1-866-222-8029<br>Date: 8/18/17 |

For more information, see page 2

Official Form 309I    FAX [X]    Notice of Chapter 13 Bankruptcy Case    RECEIVED AUG 22 2017 page 1
EMAIL [X] MAIL

071580                                                32808071651018

# U.S. Bankruptcy Court

## Northern District of Illinois

**Notice of Electronic Claims Filing**

The following transaction was received from Marcione, Natalie on 8/24/2017 at 8:10 PM CDT

**File another claim**

| | |
|---|---|
| Case Name: | Eddie March, Jr. |
| Case Number: | 17-81902 |
| Creditor Name: | The Illinois Tollway<br>2700 Ogden Ave<br>Downers Grove, IL 60515 |
| Claim Number: | 2  Claims Register |

Amount Claimed: $26,293.70
Amount Secured:
Amount Priority:

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:Eddie March, Jr._082417.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=1017686655 [Date=8/24/2017] [FileNumber=63232613-
0] [98c2eb9ca05565a595eccc42b9334c0caa50045996828b863f03485ab33b62464e
42a1d17cb9b257c107fbcbc6932bcaceeac6d33519a687b50fce8556031f79]]

**17-81902 Notice will be electronically mailed to:**

William Cacciatore on behalf of Debtor 1 Eddie March, Jr.
rockford@jordanpratt.com

Patrick S Layng
USTPRegion11.MD.ECF@usdoj.gov

Lydia Meyer
ecf@lsm13trustee.com

**17-81902 Notice will not be electronically mailed to:**

Debtor 1    Eddie March Jr.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number    17-81902

Official Form 410

# Proof of Claim                                                                 12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   THE ILLINOIS TOLLWAY
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor

2. **Has this claim been acquired from someone else?**
   ☐ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices be sent?
   THE ILLINOIS TOLLWAY
   Name
   PO BOX 5544
   Number  Street
   CHICAGO         IL      60680
   City            State   ZIP Code
   Contact phone (312) 455-6322
   Contact email BANKRUPTCY@GETIPASS.COM

   Where should payments be sent (if different)?
   THE ILLINOIS TOLLWAY
   Name
   2700 OGDEN AVENUE
   Number  Street
   DOWNERS GROVE   IL      60515
   City            State   ZIP Code
   Contact phone (312) 455-6322
   Contact email BANKRUPTCY@GETIPASS.COM

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):

4. **Does this claim amend one already filed?**
   ☐ No
   ☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☐ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410                           Proof of Claim                          page 1

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   - ☐ No
   - ☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __1__ __4__ __6__ __6__

7. How much is the claim? $ 26,293.70. Does this amount include interest or other charges?
   - ☒ No
   - ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   **TOLLS AND VIOLATIONS**

9. Is all or part of the claim secured?
   - ☐ No
   - ☐ Yes. The claim is secured by a lien on property.

   Nature of property:
   - ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   - ☐ Motor vehicle
   - ☐ Other. Describe: _____

   Basis for perfection: _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property: $ _____
   Amount of the claim that is secured: $ _____
   Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition: $ _____

   Annual Interest Rate (when case was filed) _____ %
   - ☐ Fixed
   - ☐ Variable

10. Is this claim based on a lease?
    - ☐ No
    - ☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

11. Is this claim subject to a right of setoff?
    - ☐ No
    - ☐ Yes. Identify the property: _____

Official Form 410      Proof of Claim      page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No
☐ Yes. Check all that apply:

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date: 08/24/2017

_Signature_

Print the name of the person who is completing and signing this claim:

Name: NATALIE F MARCIONE
Title: DIRECTOR OF ELECTRONIC TOLL INITIATIVE
Company: THE ILLINOIS TOLLWAY
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: PO BOX 5544
CHICAGO, IL 60680

Contact phone: (312) 455-6322
Email: BANKRUPTCY@GETIPASS.COM

Official Form 410 — Proof of Claim — page 3



Illinois Tollway
P.O. Box 5544
Chicago, IL 60680-5544

Party Balance Summary Report

**General Information**

Respondent Name: EDDIE MARCH JR.
Respondent Address: 4951 GOVERNORS DR
ROCKFORD, IL 61109-8024
Violator Flag: Collection
Plate Number: N335779 / IL / Passenger Car

Balance Summary as of 08/23/2017

| | Original Amount (A) | Increased Amount (B) | Total Amount (C) | Payment Applied (D) | Dismissed Amount (E) | Balance Due (C-D-E) |
|---|---|---|---|---|---|---|
| VN125000708 | $374.70 | $850.00 | $1,224.70 | $0.00 | $0.00 | $1,224.70 |
| VN125359999 | $264.60 | $600.00 | $864.60 | $0.00 | $0.00 | $864.60 |
| VN125063761 | $375.60 | $850.00 | $1,225.60 | $0.00 | $0.00 | $1,225.60 |
| VN124917707 | $414.30 | $950.00 | $1,364.30 | $0.00 | $0.00 | $1,364.30 |
| VN124887707 | $760.50 | $1,700.00 | $2,460.50 | $0.00 | $0.00 | $2,460.50 |
| VN124148203 | $197.60 | $450.00 | $647.60 | $0.00 | $0.00 | $647.60 |
| VN124036342 | $702.40 | $1,600.00 | $2,302.40 | $0.00 | $0.00 | $2,302.40 |
| VN123080888 | $375.60 | $850.00 | $1,225.60 | $0.00 | $0.00 | $1,225.60 |
| VN123020029 | $1,137.60 | $2,600.00 | $3,737.60 | $0.00 | $0.00 | $3,737.60 |
| VN123729598 | $721.20 | $1,650.00 | $2,371.20 | $0.00 | $0.00 | $2,371.20 |

PEVs:

| | | | | | | |
|---|---|---|---|---|---|---|
| 543653371 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 543653372 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 544212959 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 544212960 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 544669050 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 545403636 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 545403637 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 545403638 | $1.50 | $0.00 | $1.50 | $0.00 | $1.50 | $0.00 |
| 546624344 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 546624345 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 546989953 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 548205794 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 548205795 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 549635536 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 549635537 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 549635538 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 551753391 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 551753392 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 551753393 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 551753394 | $1.50 | $0.00 | $1.50 | $0.00 | $1.50 | $0.00 |
| 551753395 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 552591108 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 552591109 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 552591110 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 552653550 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 552653551 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 552653552 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 552653553 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 553744786 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 553744787 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 553974562 | $1.50 | $0.00 | $1.50 | $0.00 | $1.50 | $0.00 |
| 557071714 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 557071715 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |

Report ID: PartyBalanceSum.RDF

Page 1 of 4



Illinois Tollway
P.O. Box 5544
Chicago, IL 60680-5544

Run Time: 08/23/2017 09:42:26
Party Balance Summary Report

| | | | | | | |
|---|---|---|---|---|---|---|
| 592313003 | $1.10 | $0.00 | $1.10 | $0.00 | $1.10 | $0.00 |
| 592700270 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| 592700271 | $3.50 | $0.00 | $3.50 | $0.00 | $3.50 | $0.00 |
| 592700272 | $0.70 | $0.00 | $0.70 | $0.00 | $0.70 | $0.00 |
| 592700273 | $3.00 | $0.00 | $3.00 | $0.00 | $3.00 | $0.00 |
| Total Amount: | $5,638.40 | $12,166.80 | $17,736.80 | $0.00 | $346.70 | $17,404.10 |

Payment Received: $0.00
Overpayment Amount: $0.00
Amount Refunded: $0.00
Invalid Refund: $0.00

**PERSONAL CHECKS WILL NOT BE ACCEPTED**

Payment Options:
1. Pay in person at the Illinois Tollway's Administration Building, 2700 Ogden Avenue, Downers Grove, IL 60515.
2. Pay by mail, using the coupon below.
3. Pay by phone - call 1-800-824-7277 with your credit card information. Have your license plate number, notice number or case number available when you call.

Respondent: EDDIE MARCH JR
License Plate Number: N336770 / IL / Passenger Car
Amount Due: $17,414.10

Make Cashiers Check Or Money Order Payable to: Illinois Tollway
(Write license plate number, notice number or case number on Cashiers Check or Money Order)

DO NOT SEND CASH or PERSONAL CHECK

Amount Enclosed: $ _____

Return Cashiers Check or Money Order payment to:
Illinois Tollway
Violation Processing Center
P.O. Box 5544
Chicago, IL 60680-5544

**Illinois Tollway**
P.O. Box 5544
Chicago, IL 60680-5544

Run Time:  08/23/2017 09:00:00
Party Balance Summary Report

### General Information

| | | |
|---|---|---|
| Respondent Name: | EDDIE MARCH | Violator Flags: |
| Respondent Address: | 2219 EGGLESTON RD | |
| | ROCKFORD, IL 61109-7808 | |
| Plate Number: | 3172521 / IL / Passenger (00) | |

Balance Summary as of  08/23/2017

| | Original Amount (A) | Reinstated Amount (B) | Total Amount (C) | Payment Applied (D) | Dismissed Amount (E) | Balance Due (C - D - E) |
|---|---|---|---|---|---|---|
| VN080004-1475 | $62.20 | $0.00 | $62.20 | $0.00 | $0.00 | $62.20 |
| Total Amount: | $62.20 | $0.00 | $62.20 | $0.00 | $0.00 | $62.20 |

Payment Received: $0.00
Overpayment Amount: $0.00
Amount Refunded: $0.00
Invalid Refund: $0.00

**PERSONAL CHECKS WILL NOT BE ACCEPTED**

Payment Options:
1. Pay in person at the Illinois Tollway's Administration Building, 2700 Ogden Avenue, Downers Grove, IL 60515.
2. Pay by mail, using the coupon below.
3. Pay by phone - call 1-866-824-7277 with your credit card information. Have your license plate number, notice number or case number available when you call.

---

| | | |
|---|---|---|
| Respondent: | EDDIE MARCH | Make Cashiers Check or Money Order Payable to: Illinois Tollway |
| License Plate Number: | 3172521 / IL / Passenger (00) | (Write license plate number, notice number or case |
| Amount Due: | $62.20 | number on Cashiers Check or Money Order) |

DO NOT SEND CASH or PERSONAL CHECK            Amount Enclosed: $ _____

Return Cashiers Check or Money Order payment to:

Illinois Tollway
Violation Processing Center
P.O. Box 5544
Chicago, IL 60680-5544

Report ID: PartyBalanceSum.RDF                                                       Page 1 of 1



